ACCEPTED
04-15-00063-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/27/2015 6:43:35 PM
KEITH HOTTLE
CLERK

## No. 04-15-00063-CV

# In the Court of Appeals
# for the Fourth Judicial District
# San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
04/27/2015 6:43:35 PM
KEITH E. HOTTLE
Clerk

## IN THE INTEREST OF Z.R.M., CHILD

On Appeal from Cause No. 13-11-22140-CV in the
38th Judicial District Court of Medina County, Texas

## NOTICE OF DESIGNATION OF LEAD COUNSEL

To the Honorable Fourth Court of Appeals:

In accordance with TEX. R. APP. P. 6.1(c), Appellee, Texas Department of Family and Protective Services, gives notice that Brenda L. Kinsler, Appellate Attorney for the Department, will now serve as lead counsel in the above-styled matter. Please include the undersigned in all communications relating to this appeal by sending those communications to Brenda L. Kinsler, Appellate Attorney, Office of General Counsel, Texas Department of Family and Protective Services, MC: Y-956, 2401 Ridgepoint Drive, Bldg. H-2, Austin TX 78754, Telephone (512) 929-6441, Facsimile (512) 339-5876.

Respectfully submitted,


/s/ Brenda L. Kinsler
Brenda L. Kinsler, Appellate Attorney
Office of General Counsel
Texas Department of Family and
Protective Services
2401 Ridgepoint Drive, Bldg. H-2
MC: Y-956
Austin TX 78754
Tel.: (512) 929-6441
Fax: (512) 339-5876
brenda.kinsler@dfps.state.tx.us
State Bar No. 24027209
Attorney for Appellee

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the NOTICE OF DESIGNATION OF LEAD COUNSEL was served on each individual *via* Email on April 27, 2015:


Manuel Charles Rodriguez Jr.
Attorney for Appellant Melissa
7800 W IH 10 Ste 535
San Antonio, TX 78230-4754
mcrodriguez@satx.rr.com


                      /s/ Brenda L. Kinsler
                      Brenda L. Kinsler, Appellate Attorney


xc:  Delia E. Carian, Regional Attorney
     P.O. Box 23990
     San Antonio, TX 78223-0990
     Delia.Carian@dfps.state.tx.us